PROB 12C
(6/16)

Report Date: August 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Alberto Barragan        Case Number: 0980 2:08CR00044-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 10, 2008

| | |
|---|---|
| Original Offense: | Ct. 1: Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br><br>Cts. 2, 3, & 4: Distribution of 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); |
| Original Sentence: | Prison - 150 months;      Type of Supervision: Supervised Release<br>TSR - 60 months |
| Asst. U.S. Attorney: | Joseph Harrington     Date Supervision Commenced: December 31, 2018 |
| Defense Attorney: | Andrea K. George     Date Supervision Expires: December 30, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

**Preface for violations 1-4 is being combined for brevity**:

Mr. Barragan began his term of supervised release on December 31, 2018. Mr. Barragan reported to the probation office on January 4, 2019, and the conditions of supervised release were reviewed with him to include standard conditions number 2, 6, 7; and special condition number 17, as noted below. Mr. Barragan signed a copy of his conditions acknowledging an understanding.

Due to his maintained compliance with his term of supervised release, on March 24, 2021, the undersigned officer made telephonic contact with Mr. Barragan to inform him that he was being transferred to the low risk caseload, which is supervised by United States Probation Officer (USPO) Linda Leavitt. At this time, Mr. Barragan was informed he would be required to continue completing a monthly report by the 5th of each month, and he was still required to report any changes in employment, address, or contact information, as well as any

Prob12C
**Re: Barragan, Luis Alberto**
**August 12, 2021**
**Page 2**

law enforcement contact. Mr. Barragan was informed that while he was on the low risk caseload, he would be allowed to travel within the United States; however, he was required to inform his probation officer in advance of any travel outside of the Eastern District of Washington. Mr. Barragan verbalized understanding these requirements. A letter detailing these instructions was also mailed to Mr. Barragan by USPO Linda Leavitt.

1  **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Luis Alberto Barragan is considered to be in violation of his term of supervised release by failing to submit a truthful written monthly report on July 8, and August 5, 2021.

On July 8, and August 5, 2021, Mr. Barragan submitted an electronic written monthly report where he reported his address as being                                                                , and he reported living with his parents, sibling, and girlfriend. Mr. Barragan reported working for Nutrien Ag as a truck driver, and answered "no" to traveling outside of the district.

On August 9, 2021, Mr. Barragan made telephonic contact with the undersigned officer to report that he had been arrested for driving while under the influence (DUI) in Gridley, California. During this contact, Mr. Barragan reported he has been living in California with his sister and has been unemployed for the past 2 months. Mr. Barragan was not truthful in the information he reported on the written monthly reports.

2  **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Luis Alberto Barrgan is considered to be in violation of his term of supervised release by failing to report a change in residence and employment on or about June 1, 2021.

On August 9, 2021, Mr. Barragan reported to the undersigned officer he has been living in California with his sister and has been unemployed for the past 2 months. Mr. Barragan stated he separated from his girlfriend and this was the reason he went to stay with his sister in California. The undersigned officer questioned Mr. Barragan if he had intentions to return to Washington or to remain in California due to the length of time Mr. Barragan reported living in California. Mr. Barragan reported his stay in California was more like a vacation and he would return to Washington. Mr. Barragan did not report a change in address, a change in employment, and did not provide notice in advance of his travel to California, as previously instructed. Mr. Barragan admitted to the undersigned officer he had not reported these changes to his assigned probation officer when asked.

3  **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Luis Alberto Barragan is considered to be in violation of his term of supervised release by not refraining from excessive use of alcohol on or about August 6, 2021.

Prob12C
**Re: Barragan, Luis Alberto**
**August 12, 2021**
**Page 3**

On August 7, 2021, the probation office received a notice that Mr. Barragan had been arrested by the Gridley Police Department in California for a DUI offense.

On August 9, 2021, USPO Linda Leavitt made contact with an officer from the Gridley Police Department who confirmed Mr. Barragan was arrested on August 7, 2021, booked into the Butte County Jail in California for DUI, and released after he was given a court date for this pending matter. Mr. Barrgan reported this police contact to USPO Linda Leavitt and the undersigned officer on August 9, 2021. Mr. Barragan admitted to the undersigned officer he had been at a bar drinking beer before being arrested.

According to the Gridley Police Department report, on August 6, 2021, at approximately 10:20 p.m. Mr. Barragan was observed driving a vehicle with the tires traveling on the solid double yellow lines for approximately 100 yards. The police officer initiated a traffic stop. Upon contact with the driver, Mr. Barragan, the police officer observed Mr. Barragan's eyes to be red and watery, and his speech was slurred. The police officer could smell the odor of an alcoholic beverage coming from Mr. Barragan. The police officer administered a preliminary alcohol screening (PAS) device and Mr. Barragan's test result showed .086% blood alcohol content (BAC). A second test was administered about 4 minutes later which showed a .081% BAC. The police officer arrested Mr. Barragan as he was driving under the influence of alcohol and was unable to drive in a safe manner due to his level of intoxication.

The report noted once Mr. Barragan chose to submit to a blood test and was transported to the police department where he became uncooperative and stated he would conduct a breath test. Mr. Barragan stated "I'm not going to make the machine go over the .08 limit" after he was instructed numerous times to blow a steady breath of air and instead would blow short bursts of air before stopping. Mr. Barragan then consented to submit to a blood test and was transported to a hospital. Mr. Barragan then became uncooperative and later agreed to submit to a blood test only if a supervisor was available. A sergeant later arrived and observed Mr. Barragan's blood draw. The police officer noted he believed based on his training and experience with DUI's that Mr. Barragan was attempting to stall time, and made excuses to not have a chemical test conducted in hopes his BAC level would drop below the legal limit of .08%. Probation has not received the blood test results.

| | |
|---|---|
| 4 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Luis Alberto Barragan is considered to be in violation of his term of supervised release by using marijuana on or about August 4, 2021.

On August 9, 2021, Mr. Barragan admitted to the undersigned officer he used marijuana about 2 days before he was arrested on August 6, 2021, for the DUI, when questioned about drug use. Mr. Barragan stated he does not think the marijuana use would show in the blood test that was completed for the DUI investigation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Barragan, Luis Alberto**
**August 12, 2021**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 12, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/13/2021
Date