PROB 12C
(6/16)

Report Date: August 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Barragan          Case Number: 0980 2:08CR00044-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 10, 2008

| | |
|---|---|
| Original Offense: | Ct. 1: Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br><br>Ct. 2, 3, & 4: Distribution of 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii); |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 150 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: | December 31, 2018 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | December 30, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| | **Preface for violations 5-6 is being combined for brevity**: |
| | Mr. Barragan began his term of supervised release on December 31, 2018. Mr. Barragan reported to the probation office on January 4, 2019, and the conditions of supervised release were reviewed with him to include standard condition number 3 and special condition number 17, as noted below. Mr. Barragan signed a copy of his conditions acknowledging an understanding. |
| 5 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Luis Barragan is considered to be in violation of his term of supervised release by not answering truthfully to all inquiries by the probation officer and by not following the instructions of the probation officer on August 9, and on August 23, 2021. |

Prob12C
Re: Barragan, Luis
August 25, 2021
Page 2

On August 9, 2021, the undersigned officer had a phone conversation with Mr. Barragan where he was questioned about drug use. Mr. Barragan admitted to using alcohol and marijuana (this alleged violation behavior was included in the violation petition previously reported to the Court). Mr. Barragan denied any other drug use when asked. The undersigned officer instructed Mr. Barragan to report to the probation office on August 16, 2021.

On August 16, 2021, Mr. Barragan reported to the probation office as instructed. During this office contact, Mr. Barragan met with United States Probation Officer (USPO) McCary. Mr. Barragan completed a drug test and the onsite test result was positive for cocaine. This drug test was sent to Abbott Laboratories for confirmation. USPO McCary questioned Mr. Barragan about drug use. Mr. Barragan denied using cocaine and reported a friend gave him medication for a headache. USPO McCary instructed Mr. Barragan to call the undersigned officer on August 23, 2021, which he failed to do.

On August 24, 2021, the undersigned officer called Mr. Barragan and he did not answer. A voice message was left instructing him to contact the undersigned officer. The undersigned officer also sent Mr. Barragan a text message with the reporting instructions in an effort to make contact with him. Mr. Barragan did not respond to the text message or return phone calls. As a result, the undersigned officer made telephonic contact with Mr. Barragan's mother who agreed to give Mr. Barragan the message to contact the undersigned officer.

Later that same date, Mr. Barragan called the undersigned officer and stated he was calling because his mother told him this officer had called her. Mr. Barragan reported he did not call on August 23, 2021, and had not responded to the undersigned officer's attempts to make contact with him because he did not know who it was as his phone had been hacked and he lost all his contacts.

During this phone contact, Mr. Barragan admitted to the undersigned officer to using cocaine on August 6, 2021, when questioned about the positive drug test he completed on August 16, 2021. Mr. Barragan had previously denied any further drug use when he was first questioned on August 9, 2021. The undersigned officer questioned Mr. Barragan about additional drug use, which he reported he only used cocaine that one time. Mr. Barragan later admitted to using cocaine on or about August 14, 2021, as well and stated, "I lied because I was scared."

6   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Luis Barragan is considered to be in violation of his term of supervises release by using a controlled substance, cocaine, on or about August 6 and 14, 2021.

On August 16, 2021, Mr. Barragan reported to the probation office as previously instructed, met with USPO McCary and completed a drug test. The onsite test result was positive for cocaine. Mr. Barragan denied any drug use and reported to USPO McCary that a friend gave him medication for a headache. This drug test was sent to Abbott Laboratories for confirmation.
On August 23, 2021, the probation office received the drug test report from Abbott Laboratories confirming the positive drug test result for cocaine. On August 24, 2021, Mr.

Prob12C
**Re: Barragan, Luis**
**August 25, 2021**
Page 3

Barragan admitted to the undersigned officer to using cocaine on or about August 6 and 14, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 25, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

8/25/2021
Date